IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CARY PETERSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, SOCIAL SECURITY ADMINISTRATION, VA HONOLULU REGIONAL OFFICE, VETERANS AFFAIRS DEPARTMENT,<br><br>        Defendants. | Civil No. 25-00511 MWJS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE DKT. NO. 2, EX-PARTE EXPEDITED MOTION FOR LEAVE ON RULE 17(C), IFP APPLICATION, & ELECTRONIC FILING OR REMOTE APPEARANCE FOR HEARING |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE DKT. NO. 2, EX-PARTE EXPEDITED MOTION FOR LEAVE ON RULE 17(C), IFP APPLICATION, & ELECTRONIC FILING OR REMOTE APPEARANCE FOR HEARING**

    Findings and Recommendation having been filed and served on all parties on December 9, 2025, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation, Dkt. No. 8, filed December 9, 2025, are adopted as the opinion and order of this court.

//

//

IT IS SO ORDERED.

DATED: January 5, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

---

Civil No. 25-00511 MWJS-RT, *Peterson v. United States of America, Social Security Administration et al*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE DKT. NO. 2, EX-PARTE EXPEDITED MOTION FOR LEAVE ON RULE 17(C), IFP APPLICATION, & ELECTRONIC FILING OR REMOTE APPEARANCE FOR HEARING