IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CARY PETERSON,<br><br>      Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br>SOCIAL SECURITY<br>ADMINISTRATION, VA HONOLULU<br>REGIONAL OFFICE, VETERANS<br>AFFAIRS DEPARTMENT,<br><br>      Defendants. | Civil No. 25-00511 MWJS-RT<br><br>ORDER ADOPTING MAGISTRATE<br>JUDGE'S FINDINGS AND<br>RECOMMENDATION TO DISMISS THIS<br>ACTION WITHOUT PREJUDICE |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**

Findings and Recommendation having been filed and served on all parties and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation, Dkt. No. 20, filed March 27, 2026, are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  April 20, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge